# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129391
129392
129393

ELIZABETH FARLEY, As Personal
Representative of the Estate of Franklin
Farley, Deceased,
        Plaintiff-Appellant,

v

ADVANCED CARDIOVASCULAR
HEALTH SPECIALISTS, P.C., and
GARDEN CITY OSTEOPATHIC
HOSPITAL,
        Defendants-Appellees.

SC: 129391, 129392, 129393
COA: 256776, 256799, 257988
Wayne CC: 02-237107-NH

_____/

On order of the Court, the application for leave to appeal the May 26, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2006

Clerk